The People of the State of Illinois, defendant in error, v. Julius Reznik, plaintiff in error.   Gen. No. 37,534.

Opinion filed November 5, 1934.
Cameron Latter and Maurice L. Davis, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, J. Albert Woll and Henry E. Seyfarth, Assistant State's Attorneys, of counsel.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

Henry Loeding, appellant, v. East Brothers Coal Company, appellee.   Gen. No. 37,559.

Opinion filed November 5, 1934.
Meyer Shapiro, for appellant.   Altheimer, Mayer, Woods & Smith, for appellee; Roy C. Woods and Charles H. Blumenfeld, of counsel.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

Lawrence Ahrens, defendant in error, v. City of Chicago, plaintiff in error.   Gen. No. 37,322.

Opinion filed November 5, 1934.
William H. Sexton, Corporation Counsel, and Alexander M. Smietanka, City Attorney, for plaintiff in error; Quin O'Brien and James J. Danaher, Assistant Corporation Counsel, of counsel.   Joseph D. Ryan and Louis P. Miller, for defendant in error.
Mr. Justice McSurely delivered the opinion of the court.

St. Theresa's Society, Group No. 20, Free Polish Women in the Land of Washington, appellee, v. Franciszka Kasperski et al., appellants.   Gen. No. 37,476.

Opinion filed November 5, 1934.   Rehearing denied November 19, 1934.
Thaddeus C. Toudor, for appellants; Alec E. Weinrob and Joseph Barbera, of counsel.   Thomas E. Kluczynski, for appellee.
Mr. Justice McSurely delivered the opinion of the court.

James A. Fitzsimmons, appellant, v. Peoria Cartage Company, Inc., appellee.   Gen. No. 37,519.

Opinion filed November 5, 1934.

Frederick W. Snider, Joseph D. Ryan and Louis G. Davidson, for appellant. Shanner & Shanner, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Antonette Kowalczyk, appellee, v. The Western and Southern Life Insurance Company, appellant. Gen. No. 37,540.

Opinion filed November 5, 1934.

Hoyne, O'Connor & Rubinkam, for appellant. Hartman Schwartz and Ethel E. Schiller, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Louis Fishman, appellee, v. William Meyering et al., appellants. Gen. No. 37,566.

Opinion filed November 5, 1934. Rehearing denied November 19, 1934.

Irving Breakstone, for appellants. McKenna, Harris & Schneider and Gallagher, Rosenberg & Richter, for appellee; James J. McKenna, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Allan Nelson Linn, appellee, v. A Century of Progress, Inc., appellant. Gen. No. 37,363.

Opinion filed November 5, 1934. Rehearing denied November 19, 1934.

Miller, Gorham, Wales & Adams, for appellant. Royal W. Irwin, for appellee; Ewart Harris, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Violet Erby, appellee, v. Thomas M. Whitson, appellant. Gen. No. 37,473.

O'Connor, P. J., dissenting. Opinion filed November 5, 1934. Rehearing denied November 19, 1934.

Earl J. Walker, for appellant. Gurdon Williams, for appellee.

Mr. Justice Matchett delivered the opinion of the court.